# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. JORDAN O'CONNOR, an individual | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No. 15-CV-553-CVE-PJC |
| | ) |
| 1. REW III, INC., d/b/a McDonalds, | ) |
| a domestic limited liability company, | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL
## WITH PREJUDICE

COME NOW the Plaintiff, Jordan O'Connor, by and through her attorney of record, Charles C. Vaught of *Armstrong & Vaught, P.L.C.*, and the Defendant, REW III, INC., d/b/a McDonalds, by and through its attorney of record, J. Patrick Cremin of *Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.*, and hereby give notice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), that this matter is dismissed with prejudice to the re-filing of same. Through this dismissal, each party is to bear their / its own costs and attorney's fees.

Respectfully Submitted,

**Armstrong & Vaught, P.L.C.**

/s/ *Charles C. Vaught*
Charles C. Vaught, OBA #19962
2727 E. 21st Street, Suite 505
Tulsa, Oklahoma 74114
(918) 582-2500
(918) 583-1755 Facsimile
cvaught@a-vlaw.com
*Attorney for Plaintiff*

*s/J. Patrick Cremin*
*Signed with permission of counsel*

J. Patrick Cremin, OBA #2013
Johnathan L. Rogers, OBA #21341
**HALL, ESTILL, HARDWICK, GABLE,**
**GOLDEN & NELSON, P.C.**
320 South Boston Avenue, Suite 200
Tulsa, OK  74103-3706
Telephone:     (918) 594-0594
Facsimile:      (918) 594-0505
Email:  pcremin@hallestill.com
Email:  jroger@hallestill.com
***Attorneys for Defendant***